**United States District Court**
**Northern District of Illinois**

LISA ANDERSON, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

Rajul Patel Professional Corporation,

Defendant.

Case No.: 1:26-cv-1096

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: July 14, 2026

**/s/ Alison Chan**
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
D: (929) 442-2154
Email: Achan@ealg.law
*Attorneys for Plaintiff*

**/s/ Michael B. Cohen**
By: Michael B. Cohen
Maxson Mago & Macaulay LLP
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
mcohen@em3law.com
(312) 803-0378
*Attorneys for Defendant*